## Dazely *v.* Luckenbach Steamship Company, Inc., Appellant.

Argued April 24, 1939; reargued November 28, 1939. Before KEPHART, C. J., SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*R. P. F. Maxwell,* with him *George F. Blewett,* for appellant.

*Alexander F. Barbieri,* for appellee.

PER CURIAM, December 8, 1939:

The judgment of the Superior Court* is affirmed on the peculiar facts of this case.

Judgment affirmed.

---

* Reported in 133 Pa. Superior Ct. 507.